UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIENA ESTELLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AARON BAIL BONDS,<br><br>　　　　Defendant. | ) Case No.: 2:17-cv-07438-ES-MAH<br>)<br>)<br>)<br>) NOTICE OF SETTLEMENT<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 20 days.  The Plaintiff requests that the Court clear the calendar in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Dated this 26th day of December 2017

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　_s/ Diane L. Mulligan_____
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Janine Lindo*
　　　　　　　　　　　　　　　　　　　　Diane L. Mulligan, Esq.
　　　　　　　　　　　　　　　　　　　　(Bar No. 015541989)
　　　　　　　　　　　　　　　　　　　　Law Offices of Michael Lupolover
　　　　　　　　　　　　　　　　　　　　120 Sylvan Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　　Englewood Cliffs, NJ 07632
　　　　　　　　　　　　　　　　　　　　Tel: 201-461-0059
　　　　　　　　　　　　　　　　　　　　Fax: 201-608-7116
　　　　　　　　　　　　　　　　　　　　Email: dm@lupoloverlaw.com